## BURDGE *v.* GOLD HILL AND BEAR RIVER WATER CO.

WHERE a motion for new trial is denied, and the record contains the statement used on such motion, but no statement on appeal from the judgment, this Court can only examine the action of the Court below in denying the motion—the judgment cannot be reviewed except through the order made upon the motion, and from this order, no appeal having been taken, the case stands on the judgment roll.

*Lower* v. *Knox*, (10 Cal. 480) affirmed.

APPEAL from the Eleventh District.

There was no statement on appeal, but a statement used on motion for new trial. The appeal was from the judgment alone.

*Thos. Sunderland*, for Appellant.

*Tuttle & Hillyer*, for Respondent.

FIELD, C. J. delivered the opinion of the Court—BALDWIN, J. and COPE, J. concurring.

The statement contained in the record was used on the motion for a new trial, and we can only examine the action of the Court below in denying the motion. The judgment cannot be reviewed except through the order made upon the motion, and from such order there is no appeal. (*Lower* v. *Knox*, 10 Cal. 480.) This leaves the case to stand upon the judgment roll, and as this discloses no error, the judgment must be affirmed.

So ordered.